1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHEHALY SALGADO-RODRIGUEZ, an individual,<br><br>               Plaintiff,<br><br>    v.<br><br>ARROW ELECTRONICS, INC., a New York corporation,<br><br>             Defendant. | Case No. 3:22-cv-00123-LRH-CLB<br><br>**ORDER TO DISMISSE ENTIRE ACTION WITH PREJUDICE** |

       Plaintiff SHEHALY SALGADO-RODRIGUEZ ("Plaintiff") and Defendant ARROW ELECTRONICS, INC. ("Defendant") (collectively "the parties"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

1  The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: June 27, 2022

LAGOMARSINO LAW

/s/ Cory M. Ford, Esq
Andre M. Lagomarsino, Esq., Bar #6711
Cory M. Ford, Bar # 15042

Attorneys for Plaintiff
SHEHALY SALGADO-RODRIGUEZ

Dated: June 27, 2022

LITTLER MENDELSON, P.C.

Karyn M. Taylor, Esq., Bar #6142
Kelsey Stegall, Esq., Bar #14279
Lucas W. Molleck, Esq., Bar #14405

Attorneys for Defendant
ARROW ELECTRONICS, INC.

IT IS SO ORDERED:

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  June 27, 2022.